**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RAYMOND DENNISON, : No. 760 MAL 2016
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
:
UNEMPLOYMENT COMPENSATION :
BOARD OF REVIEW, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.